UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICK THOMPSON,<br><br>　　　　　Defendant. | CR15-285 TSZ<br><br>ORDER |

THIS MATTER having come before the Court on the unopposed motion of defendant for a continuance of the trial and the pretrial motions due date, docket no. 121, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1.　A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of

ORDER - 1

1  due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the

2  failure to grant a continuance in the proceeding would be likely to result in a miscarriage

3  of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

4      2.    The ends of justice will be served by ordering a continuance in this case, as

5  a continuance is necessary to ensure adequate time for the defense to effectively prepare

6  for trial.  All of these factors outweigh the best interests of the public and defendant in a

7  more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

8      IT IS THEREFORE ORDERED that the trial date shall be continued from

9  May 16, 2016, to June 6, 2016, and pretrial motions are to be filed no later than May 6,

10  2016.

11      IT IS FURTHER ORDERED that the resulting period of delay from the current

12  trial date of May 16, 2016, until the new trial date is hereby excluded for speedy trial

13  purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

14      IT IS SO ORDERED.

15      Dated this 11th day of April, 2016.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER - 2