The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICK THOMPSON,<br><br>Defendant. | No. CR15-285-TSZ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Acer laptop, Serial No. NXM8WAA00233918D2366;
2. One Samsung tablet, Serial No. R22D407ATR;
3. One Lorex DVR, Serial No. DK06121002423;
4. One Bunker Hill DVR, Serial No. 369471141;
5. One Lenovo laptop, Serial No. QB06248892;
6. One HP Officejet printer, Serial No. MY28U9177C;
7. One Kindle tablet, Serial No. 3H77G;
8. One Western Digital hard drive, Serial No. SCAV56854409;
9. One Canon Pixma printer, Serial No. LMGE20953;
10. One Samsung camera, Serial No. A641CNJD900MZN;
11. One HP Laserjet, Serial No. VND3K22521;
12. One Xtreme paper cutter;

Final Order of Forfeiture - 1
*U.S. v. Rick Thompson,* CR15-285-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. One laminator, Serial No. IS0000897974;
14. One HP Envy, Serial No. CN35P19061; and
15. One Brother printer, Serial No. U63479B3J115565.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture appropriate because:

- In the plea agreement, Defendant Rick Thompson ("the Defendant") entered on April 28, 2016, he agreed to forfeit his interest in the above-identified property pursuant to 18 U.S.C. §§ 982(a)(2)(A), 1028(b)(5) & 1028(h) (Dkt. No. 128);

- On September 7, 2016, prior to the Defendant's sentencing, the Court entered a Preliminary Order of Forfeiture finding the above-identified property was forfeitable pursuant to 18 U.S.C. §§ 982(a)(2)(A), 1028(b)(5) & 1028(h) and forfeiting the Defendant's interest in it (Dkt. No. 158);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 161); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Secret Service and/or its representatives are authorized to dispose of the above-identified property as permitted by governing law.

///

Final Order of Forfeiture - 2
*U.S. v. Rick Thompson,* CR15-285-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO ORDERED.

3       DATED this 17th day of February, 2017.

*[signature]*

Thomas S. Zilly
United States District Judge

Presented by:

 /s/
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone: (206) 553-2242
E-mail:  Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Rick Thompson, CR15-285-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970